| | |
|---|---|
| 1 | H. Ty Kharazi, Esq. SBN 187894 |
|   | Nicholas E. Aniotzbehere, Esq. SBN 263465 |
| 2 | **YARRA, KHARAZI & ASSOCIATES** |
|   | 1250 Fulton Mall |
| 3 | Fresno, California 93721 |
|   | Telephone: (559) 441-1214 |
| 4 | Facsimile: (559) 441-1215 |
| 5 | Attorneys for Plaintiff, SUE JONES. |
| 6 | Daniel T. McCloskey, Esq.  SBN 117560 |
|   | James F. McBrearty, Esq.  SBN 143117 |
| 7 | **TUTTLE & McCLOSKEY** |
|   | A PROFESSIOANL CORAPITON |
| 8 | 750 East Bullard Avenue, Suite 101 |
|   | Fresno, California 93710 |
| 9 | Telephone: (559) 437-1770 |
|   | Facsimile: (559) 437-0150 |
| 10 | |
| 11 | Attorneys for Defendant, CITY OF ORANGE COVE |

**UNITES STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| SUE JONES, | ) Case No:  1:08-cv-00775 DLB |
|  | ) |
|  | ) **STIPULATION REGARDING** |
| Plaintiff, | ) **CONTINUANCE OF TRIAL DATE** |
| vs. | ) |
|  | ) |
| CITY OF ORANGE COVE, and | ) |
| DOES 1 through 25, inclusive, | ) *Honorable Magistrate Dennis L. Beck, Presiding* |
|  | ) |
| Defendants. | ) |

Plaintiff, in the above entitled matter, has filed a motion for summary adjudication reserving the issue of damages for trial. Defendant is planning to file a cross motion. Plaintiff's motion is scheduled for hearing May 28, 2010.

Currently, the final pre-trial conference date is set 5/7/2010 at 01:30 PM in Courtroom 9 (DLB) before Magistrate Judge Dennis L. Beck, Jury Trial is set for 6/15/2010 at 09:00 AM

**STIPULATION AND ORDER REGARDING TRIAL DATE**

in Courtroom 9 (DLB) before Magistrate Judge Dennis L. Beck.  The parties respectfully ask the court for the following:

    1.    Vacate the current trial date AND set a new trial date for August 24, 2010 at 09:00 AM in Courtroom 9 (DLB) before Magistrate Judge Dennis L. Beck.

    2.    Vacate the current final pre-trial conference date to a date convenient with the court. The parties jointly ask the court that <u>no July dates</u> be set inasmuch as both counsels have personal commitments in July 2010.

    3.    The parties respectfully ask that the current expert disclosure deadline to be extended to June 30, 2010.

All other deadlines may remain unchanged.  Depending on the orders on the motions for summary judgment, a settlement conference may be fruitful.  The parties ask the court to visit the positional settlement conference date, later during the process.

It is so stipulated.

Dated: March, __19__, 2010        **YARRA, KHARAZI & ASSOCIATES**

                                              _____/s/ H. Ty Kharazi_____
                                              H. Ty Kharazi, Attorney for Plaintiff,
                                              SUE JONES

Dated:  March __18__, 2010        **TUTTLE & McCLOSKEY**

                                              _____/s/ James F. McBrearty_____
                                              James F. McBrearty, Attorney for Defendant
                                              CITY OF ORANGE COVE

**ORDER**

The current trial date is hereby vacated. The new trial date is September 28, 2010, at 9:00 A.M. in Courtroom 9 (DLB) before Magistrate Judge Dennis L. Beck. The final pre-trial conference shall be held on August 13, 2010 at 01:30 PM in Courtroom 9 (DLB) before Magistrate Judge Dennis L. Beck.   Expert disclosure cut off is June 30, 2010.


IT IS SO ORDERED.

Dated:   **March 22, 2010**                              /s/ *Dennis L. Beck*
                                                            UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND ORDER REGARDING TRIAL DATE**