IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUE JONES, | ) | 1:08cv0775 DLB |
| | ) | |
| | ) | ORDER TO SHOW CAUSE |
| Plaintiff, | ) | |
| vs. | ) | |
| CITY OF ORANGE COVE, | ) | |
| | ) | |
| Defendant. | ) | |

   This civil rights action was removed from the Fresno County Superior Court on June 4, 2008. On February 17, 2008, the parties participated in a settlement conference. Prior to the settlement conference, the parties settled the third cause of action and placed the settlement on the record.

   Subsequently, on June 9, 2010, the Court issued an order on the parties' cross motions for summary judgment. The Court's order resolved the remaining causes of action in Plaintiff's complaint.

   To date, however, the parties have not submitted a stipulation and proposed order regarding the third cause of action. Therefore, the parties are ORDERED TO SHOW CAUSE, if any they have, why the third cause of action should not be dismissed. The parties are ORDERED to file a written response to this Order to Show Cause within fourteen (14) days of the date of this Order. The parties may comply with this order by filing a signed stipulation and proposed order regarding

1

1  dismissal of the third cause of action.

2   The parties are admonished that failure to respond to this Order to Show Cause may result in
3  sanctions.

5   IT IS SO ORDERED.

6   **Dated:   June 22, 2010**          **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

2