1

2

3

4

5

6

7

8

9

10

11

12

13

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SUE JONES,                                      )   1:08cv0775 DLB
                                                )
                                                )
                    Plaintiff,                  )   ORDER DISCHARGING ORDER TO SHOW
                                                )   CAUSE
        v.                                      )   (Document 54)
                                                )
CITY OF ORANGE COVE,                            )
                                                )
                                                )
                    Defendant.                  )
_____ )

14

15

16

17

        On June 22, 2010, the Court issued an order to show cause requiring the parties to

demonstrate why the third cause of action should not be dismissed based on a settlement reached

by the parties.

18

19

20

        On June 28, 2010, the parties filed a settlement agreement and proposed order of

dismissal regarding the third cause of action.  The Court signed the order of dismissal on June

29, 2010.  Accordingly, the Order to Show Cause is DISCHARGED.

21

        IT IS SO ORDERED.

22

    **Dated:   June 30, 2010**                    _____ **/s/ Dennis L. Beck** _____
                                                UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28