H. Ty Kharazi, Esq.; SBN 187894
Nicholas E. Aniotzbehere, Esq.; SBN 263465
**YARRA, KHARAZI & ASSOCIATES**
1250 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-1214
Facsimile: (559) 441-1215

Attorney for Plaintiff,
SUE JONES

# UNITES STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| SUE JONES, <br><br>   Plaintiff, <br><br> vs. <br><br> CITY OF ORANGE COVE, and DOES 1 through 25, inclusive, <br><br>   Defendants. | Case No: 1:08-cv-00775 LJO DLB <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING RE: BILL OF COSTS** <br><br> *Honorable Magistrate Dennis L. Beck, Presiding* |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above entitled actions, by their respective counsel as follows:

1. The hearing Re: Bill of Costs currently scheduled for October 22, 2010 at 9:00 a.m. in Courtroom 9, shall be continued to **November 19, 2010** at **9:00 a.m**. in Courtroom **9** of the above-entitled court.

2. The continuance is at the request of Plaintiff's counsel who is scheduled to be out of country on that date.

IT IS SO STIPULATED:

Dated: October __8_, 2010     **YARRA, KHARAZI & ASSOCIATES**

/s/ H. Ty Kharazi

_____
H. Ty Kharazi, Attorney for Plaintiff,
SUE JONES

Dated: October ___8___, 2010     **TUTTLE & McCLOSKEY**

/s/ James F. McBrearty

_____
James F. McBrearty, Attorney for Defendant
CITY OF ORANGE COVE

* * * * *

**ORDER**

The hearing Re: Bill of Costs currently scheduled for October 22, 2010 at 9:00 a.m. in Courtroom 9, shall be continued to **November 19, 2010** at **9:00 a.m**. in Courtroom **9** of the above-entitled court.

IT IS SO ORDERED.

Dated:   **October 15, 2010**         /s/ *Dennis L. Beck*
                                     UNITED STATES MAGISTRATE JUDGE