Hilda Cantu Montoy, City Attorney (SBN 77485)
2125 Kern Street, Suite 308
Fresno, CA 93721
Tel: (559) 579-1924
Fax: (559) 579-1923
Email: hildac@montoylaw.com

Michael P. Slater, Assistant City Attorney (SBN 150583)
7522 N. Colonial Avenue, Suite 100
Fresno, CA 93711
Tel: (559) 451-6655
Fax: (559)
Email: mike@mpslaterlaw.com

Attorneys for Respondent,
CITY COUNCIL OF ORANGE COVE, CITY OF ORANGE COVE

H. Ty Kharazi, Esq.; SBN 187894
Yarra, Kharazi & Associates
1250 Fulton Mall
Fresno, CA 93721
Tel: (559) 441-1214
Fax: (559) 441-1215

Attorneys for Petitioner, SUE JONES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUE JONES,<br><br>　　　　Plaintiff,<br>v.,<br><br>CITY OF ORANGE COVE and Does 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. 1:08−CV−00775-DLB<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE** |

　　　Whereas, on May 2, 2008, Petitioner Sue Jones ("Petitioner") filed in the Fresno County Superior Court a Petition for Writ of Prohibition, challenging Respondent's, the City Council of Orange Cove ("Respondent"), May 9, 2007 decision regarding Petitioner's the condition of Petitioner's real property located at 449 G Street, Unit No. 11, Orange Cove, California.

　　　Whereas, the Petition was filed in conjunction with a Complaint for Temporary

-1-

1 Restraining Order, Preliminary Injunction, Permanent Injunction; Damages and Declaratory Relief.

Whereas, on or about June 4, 2008, both the Petition and Complaint were removed to this Court based upon federal question jurisdiction.

Whereas, on or about June 8, 2010, this Court heard and decided upon two Motions for Summary Judgment in favor of Respondent.

Whereas, on or about July 7, 2010, Petitioner filed a Notice of Appeal with the Ninth Circuit Court of Appeal, challenging this Court's ruling on the Motions for Summary Judgment.

Whereas, on or about October 20, 2011, the Ninth Circuit Court of Appeal issued a decision directing the District Court to treat Petitioner's Petition for Writ of Prohibition as a Petition for Writ of Administrative Mandamus pursuant to California Code of Civil Procedure 1094.5.

Whereas, the parties agree that the Petition for Writ of Administrative Mandamus should be tried prior to proceeding to trial on the Complaint.

Therefore, the parties to this matter, through their respective counsel, hereby stipulate to the following schedule:

1. Respondent, City of Orange Cove shall have sixty (60) days from the effective date of this Order to provide Petitioner with an electronic copy of the Administrative Record for review and comment.

2. Petitioner shall have Thirty (30) days from Respondent's delivery of the Administrative Record to advise Respondent whether Petitioner has any objection to the form or contents of the Administrative Record.

3. Respondent shall certify and lodge the Administrative Record with this Court within one hundred ten (110) days of the effective date of this Order.

4. Petitioner shall file and serve on Respondent, its Opening Brief within sixty (60) days of the date the Administrative Record is lodged with this Court.

5. Respondent shall file and serve its Opposition Brief within (20) days of the date Petitioner files and serves its Opening Brief.

6. Petitioner shall file and serve any Reply Brief within ten (10) days of the date Respondent files and serves its Opposition Brief.

7. Upon receipt of Petitioner's Reply Brief, the Court shall schedule a half day bench trial on the Petition.

Dated:   Dec. 12, 2011                                          Law Office of Michael P. Slater

By         /s/
   Michael P. Slater
   Attorney for Respondent,
   City of Orange Cove

Dated:   Dec. 12, 2011                                          Yarra, Kharazi & Associates

By         /s/
   Attorneys for Plaintiff,
   City of Sue Jones

IT IS SO ORDERED.

Dated:   **January 9, 2012**                               /s/ Dennis L. Beck
                                                          UNITED STATES MAGISTRATE JUDGE