1  H. Ty Kharazi, Esq.; SBN 187894
   Nicholas E. Aniotzbehere, Esq.; SBN 263465
2  **YARRA, KHARAZI & ASSOCIATES**
   1250 Fulton Mall
3  Fresno, CA 93721
   Telephone: (559) 441-1214
4  Facsimile: (559) 441-1215

5  Attorney for Plaintiff,
   SUE JONES

# UNITES STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| SUE JONES,<br><br>          Plaintiff,<br>     vs.<br><br>CITY OF ORANGE COVE.<br><br>          Defendants. | Case No: 1:08-cv-00775 DLB<br><br>**STIPULATION AND ORDER TO RESET BRIEFING SCHEDULE**<br><br>*Honorable Magistrate Dennis L. Beck, Presiding* |

   IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, SUE JONES and Defendants CITY OF ORANGE COVE, and by and through their respective counsel as follows:

1. All scheduled deadlines imposed by the Briefing Schedule and Order filed on January 9, 2012 in this action shall be extended and reset 90 days from the effective date of this stipulation and order.

2. The parties are currently discussing settlement and desire to continue proceedings so as to direct their efforts and resources toward settlement negotiations.

///

///

///

1

**STIPULATION AND [PROPOSED] ORDER TO RESET BRIEFING SCHEDULE**

3. The parties are hopeful to wrap up the entire case within the next thirty days.

IT IS SO STIPULATED:

Dated: April 5, 2012                **YARRA, KHARAZI & ASSOCIATES**

/s/ H. Ty Kharazi

_____
H. Ty Kharazi, Attorney for Plaintiff,
SUE JONES

Dated: April 5, 2012                **LAW OFFICES OF MICHAEL P. SLATER**

/s/ Michael P. Slater

_____
Michael P. Slater, Attorney for Defendant
CITY OF ORANGE COVE

* * * * *

**ORDER**

IT IS SO ORDERED THAT ALL DEADLINES IMPOSED BY THE PRIOR SCHEDULING ORDER TO BE EXTENDED TO BEGIN ON AUGUST 1, 2012.

IT IS SO ORDERED.

Dated:   **April 6, 2012**                /s/ *Dennis L. Beck*
                                  UNITED STATES MAGISTRATE JUDGE